MORGAN, LEWIS & BOCKIUS LLP
NICOLE A. DILLER (State Bar No. 154842)
DONALD P. SULLIVAN (State Bar No. 191080)
ANDREW C. SULLIVAN (State Bar. No. 226902)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendants
CIGNA GROUP INSURANCE, LIFE
INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAROL CHAN,<br><br>            Plaintiff,<br><br>vs.<br><br>CIGNA GROUP INSURANCE, LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>            Defendants. | Case No. C 06-05429 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    WHEREAS, Plaintiff filed her complaint on September 5, 2005;

    WHEREAS, Defendants answered Plaintiff's complaint on October 3, 2006;

    WHEREAS, the Case Management Conference is set for December 7, 2006 at 11:00 a.m.;

    WHEREAS, lead counsel for the Defendants has a conflict on December 7, 2006;

    WHEREAS, counsel for Plaintiff and the Defendants are both available on December 14, 2006 at 11:00 a.m.;

    WHEREAS, the parties have met for purposes of creating a case management and discovery plan and are in the process of drafting their Case Management Conference Statement; and

    WHEREAS, the parties are also in the process of making their initial disclosures;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
C 06-05429 WHA

NOW THEREFORE, FOR GOOD CAUSE SHOWN, THE PARTIES HEREBY STIPULATE and AGREE that:

(a) the Case Management Conference scheduled for Thursday, December 7, 2006 shall be continued by one week to Thursday, December 14, 2006 at 11:00 a.m.; and

(b) the Parties will file the Case Management Conference Statement at least 7 days before the December 14, 2006 Case Management Conference.

Dated: November 29, 2006     LAW OFFICES OF P. RANDALL NOAH

By   /s/ P. Randall Noah (authorized on 11/29/06)
P. Randall Noah
Attorney for Plaintiff
CAROL CHAN

Dated: November 29, 2006     MORGAN, LEWIS & BOCKIUS LLP

By   /s/ Donald P. Sullivan
Donald P. Sullivan
Attorneys for Defendants
CIGNA GROUP INSURANCE, LIFE INSURANCE COMPANY OF NORTH AMERICA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 30, 2006.

The Honorable William Alsup
United States [District Judge]

*IT IS SO ORDERED. Judge William Alsup*

1-SF/7439531.1