P.02

MAR-05-07 10:39 AM

Law Offices Of P. Randall Noah
P. Randall Noah, SBN 136452
8 Camino Encinas, Suite 220
Orinda, CA 94563
Tel. (925) 253-5540
Fax. (925) 253-5542

Attorney for Plaintiff,
Carol Chan

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

CAROL CHAN,

    Plaintiff,

v.

CIGNA GROUP INSURANCE,
LIFE INSURANCE COMPANY OF
NORTH AMERICA,

    Defendants.

CASE NO. C 06-5429 WHA

STIPULATION AND ~~PROPOSED~~
ORDER FOR DISMISSAL

It is hereby stipulated that the above-entitled action be discontinued and dismissed with prejudice, with each party to bear their own fees and costs.

Dated: March 5, 20067

Law Office of P. Randall Noah

By: _____
P. Randall Noah,
Attorney for plaintiff,
CAROL CHAN

Morgan Lewis & Bockius

By: _____
Mr. Donald P. Sullivan
Attorney for defendants,
CIGNA GROUP INSURANCE,
LIFE INSURANCE COMPANY OF
NORTH AMERICA